**ORDERED ACCORDINGLY.**

Dated: February 10, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00133/0173832973

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-32985-GBN |
| Ricky Lee Orent and Vickie Jean Orent<br>Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br>Ricky Lee Orent and Vickie Jean Orent, Debtors,<br>David A. Birdsell, Trustee.<br>Respondents. | ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 29, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Ricky Lee Orent and Vickie Jean Orent have an interest in, further described as:

> Unit A8, THE REGENCY CIRCLE, according to Declaration of Horizontal Property Regime recorded in Docket 10106, page 1444 and plat records in Book 161 of Maps, page 16, records of Maricopa County, Arizona;
> TOGETHER with an undivided interest in the common elements as set forth in said Declaration and Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT